IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BYRON LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 15-7339-JAR |
| | ) |
| FRITO-LAY, INC. and GREG HENAULT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 10, 2015, the court granted the parties' joint motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to KHRC Case No. 36210-13 (EEOC Charge No. 563-2013-00188). The court ordered the KHRC to submit for in camera review any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature, or attorney work product and, therefore, are not discoverable.

IT IS SO ORDERED.

Dated this 9th day of July, 2015, at Kansas City, Kansas.

                                                s/ James P. O'Hara
                                                James P. O'Hara
                                                U.S. Magistrate Judge